# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH MCKINNEY

NO. 2019 KW 0931

SEP 03 2019

---

In Re:     Joseph McKinney, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, No.
           32975.

---

**BEFORE:     HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                        **TMH**
                        **AHP**
                        **WIL**

COURT OF APPEAL, FIRST CIRCUIT

*Peggy J. Landry*

DEPUTY CLERK OF COURT
FOR THE COURT